UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
at GREENEVILLE

| | | |
|---|---|---|
| JOSEPH BEARD | ) | |
| | ) | |
| v. | ) | 2:13-cv-195; 2:09-cr-12(1) |
| | ) | *Jordan/Inman* |
| UNITED STATES OF AMERICA | ) | |

## JUDGMENT ORDER

In accordance with the accompanying memorandum, petitioner's motion and supplemental motion to vacate, set aside, or correct a sentence filed under 28 U.S.C. § 2255, [Docs. 89 and 92], are **DENIED** as untimely, and this case is **DISMISSED**. For reasons stated in the memorandum, should petitioner give timely notice of an appeal from this order, such notice will be treated as an application for a certificate of appealability, which is hereby **DENIED**, given his failure to make a substantial showing of the denial of a constitutional right. 28 U.S.C. § 2253(c)(2); Fed. R. App. P. 22(b).

**SO ORDERED.**

**ENTER:**

_____
LEON JORDAN
UNITED STATES DISTRICT JUDGE

ENTERED AS A JUDGMENT
 s/ *Debra C. Poplin*
 CLERK OF COURT