UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT GREENEVILLE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | No. 2:09-CR-012 |
| | ) | |
| JOSEPH BEARD | ) | |

## **O R D E R**

For the reasons provided in the memorandum opinion filed contemporaneously with this order, the defendant's renewed *pro se* motions pursuant to 18 U.S.C. § 3582(c)(1)(A)(i) for immediate compassionate release [docs. 111, 113] are **GRANTED**. The defendant's term of imprisonment is reduced to **time served**.

This order shall not take effect until 14 days after its entry in order to allow the Bureau of Prisons time to process the defendant's release and to allow for a quarantine period as directed by the Attorney General.

Further, while on supervised release the defendant shall be subject to the following additional special conditions of supervision:

> 1. The defendant shall submit his person, property, house, residence, vehicle, papers, computers [as defined in 18 U.S.C. § 1030(e)(1)], other electronic communications or data storage devices or media, or office, to a search conducted by a United States Probation Officer or designee. Failure to submit to a search may be grounds for revocation of release. The defendant shall warn any other occupants that the premises may be subject to searches pursuant to this condition. An officer may conduct a search pursuant to this condition only when reasonable suspicion exists that the defendant has violated a condition of his supervision and that the areas to be searched contain evidence of this violation. Any search must be conducted at a reasonable time and in a reasonable manner.

2. The defendant shall complete, within the first 12 months of supervised release, an anger management program that has been approved in advance by the probation officer, unless he has completed an anger management program while in the custody of the Bureau of Prisons which is approved as acceptable by the probation officer.

Except as provided herein, all provisions of the judgment dated January 11, 2010, shall remain in effect.

**IT IS SO ORDERED.**

ENTER:

s/ Leon Jordan
United States District Judge